UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

NERY EFRAIN PEDRO-PABLO,

        Defendant.

_____/   **INDICTMENT**

The Grand Jury charges:

### Alien Felon Reentry

On or about March 14, 2025, in Kent County, in the Western District of Michigan, Southern Division,

NERY EFRAIN PEDRO-PABLO,

being an alien who had previously been removed after having been convicted of a felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

        A TRUE BILL

        [ /s/ Redacted ]
        _____
        GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_/s/ Donald Daniels_____
DONALD DANIELS
Assistant United States Attorney